# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN WALSH, III, and GREEN SANITIZING LLC,** : | |
| : | |
| Plaintiffs | **CIVIL ACTION NO. 3:16-1642** |
| : | |
| v. | **(Mannion, D.J.)** |
| : | **(Carlson, M.J.)** |
| **RON HEAGLE, et al.,** | |
| : | |
| Defendants | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report of Judge Carlson, (Doc. 3), is **ADOPTED IN ITS ENTIRETY**. Walsh's objections, (Doc. 4), are **OVERRULED**. Walsh's complaint, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to recommit this case to Judge Carlson for further proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 29, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1642-01-Order.wpd